[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-12766
Non-Argument Calendar
_____

D.C. Docket No. 1:10-cr-00185-CG-C-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RONALD LARRY AUTREY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(May 10, 2013)

Before TJOFLAT, MARCUS and KRAVITCH, Circuit Judges.


PER CURIAM:

William Gregory Hughes, appointed counsel for Ronald Larry Autrey in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Autrey's conviction and sentence are **AFFIRMED.**